■ WINSTON PERRY, Respondent, v. IDAN HOLDING CORP., Appellant, et al., Defendant.— In an action to recover damages for personal injuries, the appeal is from an order insofar as it denied appellant's motion to dismiss the complaint on the ground of *res judicata*. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ ERNEST PUEHL et al., Respondents, v. ROCCO MANCINI, Appellant.— In an action to recover damages for injuries to real property sustained when pieces of rock landed thereon as a result of negligent blasting, the appeal is from the judgment of the County Court, Westchester County, entered on the verdict of the jury in favor of respondents. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 2 A D 2d 706.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS FRYER, Appellant.— Appeal from judgment of the County Court, Orange County, convicting appellant of the crime of assault in the second degree, and from intermediate orders. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GRUBBS, Appellant.— Appeal from judgment of the County Court, Westchester County, convicting appellant of the crime of burglary in the third degree, and from intermediate orders. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.